**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Enrique CAMARENA–CARRILLO, aka Enrique Camarena–Carrillo, Defendant—Appellant.**

No. 03–10518.

D.C. No. CR–02–00197–CKJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Julia Soto, USTU–Office of the U.S. Attorney, Evo A. Deconcini, U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Rene Antonio Felix, Felix Law Firm, Tucson, AZ, for Defendant–Appellant.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM **

Enrique Camarena–Carrillo appeals the district court's order revoking his supervised release and imposing a 12–month sentence. He was originally convicted of illegal re-entry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Camarena–Carrillo has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).